# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAWES, Booking No. 19760125,<br><br>                               Plaintiff,<br><br>vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.<br><br>                              Defendants. | Case No.: 3:19-cv-2122-MMA-WVG<br><br>**ORDER SUA SPONTE DISMISSING CLAIMS AND DEFENDANTS PURSUANT TO 28 U.S.C. §§ 1915 (e)(2) AND 1915A(b);**<br><br>**DIRECTING THE U.S. MARSHAL TO EFFECT SERVICE OF THE FIRST AMENDED COMPLAINT UPON DEFENDANTS BRAVO, GENE, UGALDE, AUSBURY, SILVA, SHELLANO, AYALA, SOLIS AND ZUNIGA** |

## I.    Procedural History

On November 4, 2019, Plaintiff William Dawes, currently housed at the San Diego Central Jail located in San Diego, California, filed a civil complaint pursuant to 42 U.S.C. § 1983.  *See* Doc. No. 1.  Plaintiff also filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a).  *See* Doc. No. 2.  On December 20, 2019, the Court granted Plaintiff leave to proceed IFP.  *See* Doc. No. 9.

The Court also dismissed Plaintiff's Complaint for failing to state a claim pursuant

to 28 U.S.C. § 1915(e)(2) and § 1915A(b).  *See id*.  However, Plaintiff was granted leave to file an amended pleading in order to correct the deficiencies of pleading identified in the Court's Order.

On February 4, 2020, Plaintiff filed his First Amended Complaint ("FAC").  *See* Doc. No. 13.  The Court, once again, conducted the required sua sponte screening and dismissed all claims against all Defendants with the exception of Plaintiff's Eighth Amendment claims against Defendants Bravo, Gene, Ugalde, Ausbury, Silva, Shellano, Ayala, Solis, and Zuniga for failing to state a claim pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b).  *See* Doc. No. 15.

The Court gave Plaintiff the option of filing a Second Amended Complaint in an attempt to cure the problems the Court found in Plaintiff's pleading or proceeding with his FAC as to his Eighth Amendment claims against Bravo, Gene, Ugalde, Ausbury, Silva, Shellano, Ayala, Solis, and Zuniga.  *Id.*  In lieu of filing a Second Amended Complaint, Plaintiff appealed.  *See* Doc. No. 18.  The Ninth Circuit dismissed the appeal based on lack of jurisdiction.  *See* Doc. No. 21.  The circuit court issued its mandate on June 15, 2020, and this Court resumed jurisdiction over the action.  *See* Doc. No. 22.

Meanwhile, the time to file an amended pleading has since passed.  Accordingly, the Court will order the USMS to effect service of Plaintiff's FAC on Defendants Bravo, Gene, Ugalde, Ausbury, Silva, Shellano, Ayala, Solis, and Zuniga only.  *See* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) ("[T]he court may order that service be made by a United States marshal or deputy marshal ... if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915.").

## II.     Conclusion and Orders

For the reasons set forth above, the Court:

1)     **DISMISSES** all claims against all Defendants, with the exception of Plaintiff's Eighth Amendment claims against Defendants Bravo, Gene, Ugalde, Ausbury, Silva, Shellano, Ayala, Solis, and Zuniga.

  2) **DIRECTS** the Clerk to issue a summons as to Plaintiff's FAC (Doc. No. 13) and forward it to Plaintiff along with a blank U.S. Marshal Form 285 for each Defendant. In addition, the Clerk will provide Plaintiff with a certified copy of the December 20, 2019 Order granting Plaintiff IFP status, certified copies of his FAC, and the summons so that he may serve Defendants Bravo, Gene, Ugalde, Ausbury, Silva, Shellano, Ayala, Solis, and Zuniga.  Upon receipt of this "IFP Package," Plaintiff must complete the Form 285s as completely and accurately as possible, *include an address where each named Defendant may be served*, *see* CivLR 4.1.c, and return them to the USMS according to the instructions the Clerk provides in the letter accompanying his IFP package;

  3) **ORDERS** the USMS to serve a copy of the FAC and summons upon Defendants Bravo, Gene, Ugalde, Ausbury, Silva, Shellano, Ayala, Solis, and Zuniga as directed by Plaintiff on the USM Form 285 provided to him. All costs of that service will be advanced by the United States.  *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3); and

  4) **ORDERS** Plaintiff, after service has been effectuated by the U.S. Marshal, to serve upon Defendants or, if appearance has been entered by counsel, upon Defendants' counsel, a copy of every further pleading, motion, or other document submitted for the Court's consideration pursuant to Fed. R. Civ. P. 5(b).  Plaintiff must include with every original document he seeks to file with the Clerk of the Court, a certificate stating the manner in which a true and correct copy of that document has been was served on Defendants or Defendants' counsel, and the date of that service.  *See* CivLR 5.2.  Any document received by the Court which has not been properly filed with the Clerk, or which fails to include a Certificate of Service upon the Defendants, may be disregarded.

  **IT IS SO ORDERED**.

Dated: July 23, 2020

              _/s/ Michael M. Anello_
              Hon. Michael M. Anello
              United States District Judge