UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAWES,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 19-CV-2122-MMA-WVG<br><br>ORDER GRANTING EX PARTE APPLICATION TO EXCUSE APPEARANCE OF DEFENDANTS AND CDCR REPRESENTATIVE AT THE MANDATORY SETTLEMENT CONFERENCE<br><br>[Doc. No. 41.] |

Defendants request that the Court excuse their appearance at the April 30, 2021 settlement conference and allow counsel appearing on behalf of CDCR to appear on telephone standby. Good cause shown, the Court GRANTS Defendants' application. Counsel appearing on behalf of CDCR may appear by telephone standby, and Defendants are excused from appearing at the settlement conference. Counsel representing the named Defendants will appear in person or by remote means, at the Court's discretion.

**IT IS SO ORDERED**.

DATED: April 1, 2021

_____
Hon. William V. Gallo
United States Magistrate Judge