UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DAWES,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, et al.<br><br>                    Defendants. | Case No. 19-cv-2122-MMA (WVG)<br><br>**ORDER EXTENDING STAY OF PROCEEDINGS**<br><br>[Doc. No. 60] |

      Plaintiff William Dawes, a California inmate proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Bravo, Gene, Ugalde, Ausbury, Silva, Shellano, Ayala, Solis, and Zuniga. *See* Doc. No. 13. The parties previously moved to stay these proceedings for a period of four months pending the outcome of related criminal proceedings in state court. *See* Doc. No. 44; *see also* S.D. Sup. Ct. No. SCS287189. The Court has since extended the stay through August 18, 2022. *See* Doc. No. 59.

      Defendants have filed a Status Report advising the Court that a further stay is warranted due to developments in Plaintiff's pending criminal proceedings, including issues regarding Plaintiff's competency. *See* Doc. No. 60. Upon due consideration of the supporting declaration of defense counsel and the relevant factors set forth in *Keating*

*v. Office of Thrift Supervision*, 45 F.3d 322, 324–25 (9th Cir. 1995), the Court finds that a further stay of this action is appropriate.  Neither Plaintiff, Defendant, nor any interested third parties will suffer prejudice because of an extension of the stay of proceedings in this Court.  As the Court previously noted, proceedings related to Plaintiff's criminal charges may impact certain claims and issues in this action.

      Accordingly, the Court **ORDERS** this action stayed through **February 17, 2023**.  The Court further **ORDERS** Defendants to submit a status report no later than five (5) court days prior to the expiration of the stay advising the Court regarding the related criminal proceedings and indicating whether circumstances warrant a further stay of these proceedings.  After consideration of the report, the Court will decide whether to lift the stay.

      **IT IS SO ORDERED**.

Dated:  August 3, 2022

HON. MICHAEL M. ANELLO
United States District Judge